11,130-04

State of Texas

v.

John Darrell Olsen

No.
D120189AR
WR-11, 130-03

§
§
§
§

In the Court
of Criminal Appeals
of Texas

document contains some
...s that are of poor quality
...the time of imaging.

## APPLICATION FOR WRIT OF MANDAMUS

To the Honorable Justices Of the Court Of Criminal Appeals;

Comes now John Darrell Olsen, TDCJ #1945037 applicant Pro Se in the above styled and numbered Cause, and files this Writ Application for Writ Of Mandamus pursuant to Article 11.07 Of the TCCP, and hereby requests he be given all reasons and supporting legal and Case reference with respect to this Court's Summary Denial without hearing or written order of Applicant's Writ Of Habeas Corpus, and would request of the Court the following:

A. Applicant

I, John Darrell Olsen, TDCJ #1945037 ... Offender

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 17 2015

Abel Acosta, Clerk

A) Continued

Currently incarcerated in the Texas Department of Criminal Justice, located at:

> Larry Gist State Jail
> 3295 FM 3514
> Beaumont, TX 77705-7655

In accordance with 1.02, Applicant Has Expanded His Remedies at Law.

B) RESPONDENT

Respondent, Abel Acosta, in his/her capacity as Clerk of the Criminal Court of Appeals has a ministerial duty to Respond, and/or Recieve and File all papers and documents in a Criminal proceeding and to perform all other duties imposed on the Clerk by law, pursuant to Article 2.21 TCCP; and is responsible under 11.07 TCCP, and is ~~responsible~~ obligated to respond to any and all legal matters in Applicants Expandabilities of Exhausted Remedies as per duties of the sequence previously referenced.

B) Continued

1.03 Applicant requests Court to proceed in its interpretation of the legal conflicts cited between the trial Court and Applicant's Writ as to the specific reasons and justifications for this Court's summary ruling in the trial Court's favor.

## PRAYER FOR RELIEF

Wherefore, premises considered, Applicant John Darrell Olsen, Pro se, requests a finding that the Respondent Clerk of the Criminal Court of Appeals denied Writ of Habeas Corpus on the findings of the trial Court. Furthermore, Applicant prays for an Order directing the Clerk to respond, interpreting all arguments, reasoning, and Joint Agreements with trial Court without a hearing to be sufficient basis for Denial and transmit all requested information to Applicant.

Respectfully Submitted

John Olsen #1945037

JOHN DARRELL OLSEN, APPLICANT

7-13-2015

DATE